IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARISSE ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:11-CV-836-WKW |
| | ) |
| AUBURN HOUSING AUTHORITY, | ) |
| STAR PASCHAL, and | ) |
| LEE EASTMAN, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 11, 2012, the Magistrate Judge filed a Recommendation. (Doc. # 52.) No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 52) is ADOPTED;

2. Defendants' oral motion to dismiss is GRANTED;

3. Defendants' pending motions (Docs. # 37, 40 & 49) are DENIED as moot; and

4. this case is DISMISSED without prejudice for Ms. Allen's abandonment of her claims, failure to comply with the orders of this court, and failure to prosecute this action.

A separate final judgment will be issued.

DONE this 27th day of July, 2012.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE